by the court. The actions were instituted to recover for the alleged conversion of certain certificates of deposit of the State Bank of Sherman, claimed by the plaintiff to belong to the estate of Augustus C. Gifford, deceased. Four deposits were payable to "self or Addie McCullough" and four to "self or Emma Perkins." The defense of each defendant was that said certificates of deposit were owned by them and said decedent, Augustus C. Gifford, as joint tenants, and that upon his death the sole title thereto vested in them respectively.

*Arthur B. Ottaway* for appellant.
*Louis L. Thrasher* for respondent.

Judgment in each case affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND and ANDREWS, JJ. Dissenting: HOGAN, McLAUGHLIN and CRANE, JJ.

---

MARIE L. SHEA, as Administratrix of the Estate of CHRISTOPHER A. SHEA, Deceased, Respondent, *v.* UNITED STATES TRUCKING CORPORATION, Defendant, and JAMES REARDON, Appellant.

*Negligence — motor vehicles — trial — death from being struck by automobile — credibility of witnesses and weight of testimony question for jury.*

*Shea* v. *U. S. Trucking Corp.*, 200 App. Div. 821, affirmed.
(Argued January 19, 1923; decided February 2, 1923.)

APPEAL from a judgment, entered April 26, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directed reinstatement of said verdict and the entry of judgment thereon. The action was to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, appellant, by whose automobile said intestate was struck while he was on Broadway near Wall street in the city of New York. The trial court set aside the verdict for the plaintiff on the ground that he believed

one of the witnesses had testified falsely on the trial. The Appellate Division held that the credibility of the witness and the weight to be given his testimony were questions for the jury.

*Don Carlos Buell* and *John R. Fitzpatrick* for appellant. *Keron F. Dwyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

OSCAR L. RICHARD et al., Copartners under the Firm Name of C. B. RICHARD & Co., Appellants, *v.* THE CONNECTICUT ELECTRIC MANUFACTURING COMPANY, Respondent.

*Bills, notes and checks — action against drawer to recover on foreign bills of exchange — defense that they were given under agreement that plaintiff would look to drawee for payment — failure to protest non-payment.*

*Richard* v. *Conn. El. Mfg. Co.*, 200 App. Div. 681, affirmed.
(Submitted January 19, 1923; decided February 2, 1923.)

APPEAL from a judgment, entered April 25, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court and directing a dismissal of the complaint. The amended complaint set forth in the usual form four causes of action, each for the non-payment of a draft or bill of exchange in the sum of $1,831.75, and aggregating $7,327, each payable with interest at six per cent per annum four months from the date thereof, which is May 26, 1919. A fifth cause of action was also alleged on the original or pre-existing indebtedness as evidence of and as security for which the bills of exchange were given, the complaint alleging as to this fifth cause of action that plaintiffs loaned to the defendant the same sum of $7,327 on or about May 14, 1919, which was promised to be repaid four months from said date with interest at six per cent per annum, and that the same was